IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30104 |
| | ) | |
| HOWARD D. PINKLEY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SAINT GOBAIN CORP., | ) | |
| | ) | |
| Garnishee. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The United States has applied for a Writ of Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirement of 28 U.S.C. § 3205 (c)(2).

THEREFORE a Writ of Garnishment submitted by the Government shall be issued to Saint Gobain Corp.

IT IS THEREFORE SO ORDERED.

ENTER:   July 27, 2007.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE